WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-
MAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-26 ▮▮▮▮▮▮▮▮▮▮

KOEBER'S ARTIFICIAL LIMB COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION,
Respondent.

*Opinion filed February 14, 1974.*

KOEBER'S ARTIFICIAL LIMB COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL,
Assistant Attorney General, for Respondent.

PERLIN, C. J.